UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-373-H

FILED IN OPEN COURT
ON 12-15-15 BR
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA :
: ORDER TO SEAL INDICTMENT
v. :
:
TERRELL RICKY SETTLES :
MALCOLM JAMAL BRYANT :
FRANKY LOUIS HOSTON :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on December 15, 2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing the arrest warrant for the defendants and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 15 day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE