IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-373-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FRANKY LOUIS HOSTON, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion for Issuance of Subpoena. For good cause shown, the motion is GRANTED. The court hereby orders that a subpoena for Kamesha Nekia Shelton be issued. Having previously found defendant to be indigent, the United States Marshal for the Eastern District of North Carolina is directed to serve the subpoena.

This 29th day of September 2016.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34