UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



UNITED STATES OF AMERICA

vs.   Case No: 5:15-CR-373-3H

FRANKY LOUIS HOSTON   ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>October 3, 2016</u> be turned over to Melissa Southerland, Smithfield PD to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 51 | Heroin bindles |
| 49 | Cup containing methamphetamine |
| 70 | Plastic Container containing meth |
| 71b | Box of meth with scoop |
| 56 | Powder (#21) |
| 60 | Powder (#22) |
| 5 | Smith & Wesson (#20) |
| 7 | Smith & Wesson (#13) |
| 43 | Black digital scales |
| 64 | Doritos bag with crystals |
| 24 | Smith & Wesson 9mm Ammo |
| 23 | Smith & Wesson Ammo |
| 9 | Diamondback Pistol |
| 11 | Diamondback ammo .380 |
| 66 | White powder (Kitchen) |
| 27 | 4 boxes 9mm ammo |
| 38 | Digital scales |

This 3rd day of October, 2016.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____