# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION



**UNITED STATES OF AMERICA**

      **vs.**                        **Case No: 5:15-CR-373-3H**

**FRANKY LOUIS HOSTON**                  **ORDER**

       IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>October 3, 2016</u> be turned over to Melissa Southerland, Smithfield PD to be retained in her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 29 | Kilo wrapper |
| 40 | Tools |

This 4th day of October, 2016.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____