UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



UNITED STATES OF AMERICA

vs.   Case No: 5:15-CR-373-3H

FRANKY LOUIS HOSTON   ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>October 4, 2016</u> be turned over to Melissa Southerland, Smithfield PD to be retained in her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 53 | Marijuana |
| 55 | Meth |
| 68 | Marijuana cigarettes |

This 4th day of October, 2016.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____