UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-373-3H

UNITED STATES OF AMERICA )
 )  **ORDER**
 )
V. )
 )
FRANKY LOUIS HOSTON )

It is hereby ORDERED that the following government exhibit(s) admitted into evidence on October 4, 2016 be turned over to Alexander Crumley, Alcohol, Tobacco and Firearm to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| - 72 | Cellular Phone, Gold iPhone 5 Model A1453 FCC |
| - 74 | Cellular Phone, Gold iPhone 6 Model A1524 FCC |

This the 20th day of October, 2016.

MALCOLM J. HOWARD
Senior United States District Judge