UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-373-H-3

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRANKY LOUIS HOSTON | ) |

ORDER GRANTING
MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing memorandum [DE #180] under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED

SO ORDERED this the 6th day of February 2017.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge