UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00373-H-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| FRANKY LOUIS HOSTON | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry # 186 Government's be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of DE#186 to the United States Attorney's Office.

This the 13th day of February, 2017.

MALCOLM J. HOWARD
Senior United States District Judge